## In re CHIN YUEN SING.

### (Circuit Court, S. D. New York. December 27, 1894.)

IMMIGRATION—BAIL ON APPEAL FROM DENIAL OF WRIT OF HABEAS CORPUS.

The court being prohibited from admitting to bail an applicant for a writ of habeas corpus, who is a Chinese immigrant seeking release from detention by the collector of customs, while the application is being considered in the first instance, it would be a manifestly improper exercise of discretion to admit such applicant to bail, pending an appeal from a denial of the writ, whether the court is prohibited from so doing or not.

Application to release on bail, pending appeal from a decision of this court dismissing the writ. The relator is a Chinese immigrant. The collector of the port decided against his right to land, and detained him under the statutes.

B. C. Chetwood, for the motion.

W. Macfarlane, U. S. Atty., opposed.

LACOMBE, Circuit Judge. It is unnecessary to decide the question argued upon this application, viz. whether or not this court is expressly forbidden by statute from releasing on bail pending appeal, where the relator is a Chinese immigrant. Concededly, there is such a prohibition, where the application is being considered by the court in the first instance. Act May 5, 1892, § 5. That being so, it would be a singular exercise of discretion which would release an immigrant on bail after the court has decided that he should not be permitted to enter the country, when the statutes require that he shall not be released on bail before the court has so decided, and when there is still a possibility that its decision might be favorable to him. Application denied.